# Court of Appeals
# of the State of Georgia

ATLANTA,   December 14, 2015

*The Court of Appeals hereby passes the following order:*

**A16I0078.   CATERPILLAR, INC. v. KAYDON CUSTOM FILTRATION CORP.**

In this action for breach of contract, the trial court entered an order in which it granted partial summary judgment to plaintiff Kaydon Custom Filtration Corp. Under OCGA § 9-11-56 (h), the grant of partial summary judgment on any issue or as to any party is reviewable by direct appeal. *Olympic Dev. Group v. American Druggists' Ins. Co.*, 175 Ga. App. 425 (1) (333 SE2d 622) (1985). Thus, the order that Caterpillar, Inc. seeks to appeal is directly appealable and not subject to the interlocutory appeal requirements.

"This Court will grant a timely application for interlocutory review if the order complained of is subject to direct appeal and the applicants have not otherwise filed a notice of appeal." *Spivey v. Hembree*, 268 Ga. App. 485, 486 n. 1 (602 SE2d 246) (2004). Accordingly, this interlocutory application is hereby GRANTED. Caterpillar, Inc. shall have ten days from the date of this order to file a notice of appeal in the trial court. If it has already filed a notice of appeal from the order at issue here, it need not file a second notice. The clerk of the trial court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,*_____12/14/2015_____

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ , *Clerk.*